UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 99.185.0.214,<br><br>Defendant. | No. 2:20-cv-02146-TLN-CKD<br><br>**NOTICE OF RELATED CASE ORDER** |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, infringer identified as using IP address 67.161.168.106,<br><br>Defendant. | No. 2:21-cv-00199-KJM-AC |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a). The actions involve the same parties, are based on the same claims, the same event, the same questions of fact, and the same questions of law. The actions would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the

1

assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

IT IS THEREFORE ORDERED that the action denominated 2:21-cv-00199-KJM-AC is hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney for all further proceedings. Any dates currently set in the reassigned case are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be known as 2:21-cv-00199-TLN-CKD. IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment and issue.

IT IS SO ORDERED.

DATED: May 20, 2021

Troy L. Nunley
United States District Judge