UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE subscriber assigned IP address 99.185.0.214<br><br>　　　　　Defendant. | No.  2:20-cv-02146-TLN-CKD<br><br><br><br>ORDER |

On February 5, 2021, plaintiff was ordered to redact defendant's name and identifying information in all court filings in this matter, unless ordered otherwise. On March 2, 2021, a summons was returned executed. The return of service indicates the summons and complaint were personally served on defendant on February 28, 2021. Defendant has not filed a responsive pleading or otherwise appeared.

At plaintiff's request, the Clerk of the Court has entered a default against defendant. The entry of default contains defendant's true name. ACCORDINGLY, IT IS ORDERED THAT, unless ordered otherwise, plaintiff is no longer under a requirement to redact defendant's name and identifying information in this case.

Dated:  June 28, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.Strike3.2146.endredact

1