UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, et al., | No. 2:20-cv-02146-TLN-CKD |
| Plaintiffs, | **ORDER** |
| v. | |
| CASEY POLUCK, | |
| Defendant. | |

On November 16, 2021, the magistrate judge filed findings and recommendations (ECF No. 29) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days. (ECF No. 29.) No objections were filed. Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF No. 29) are ADOPTED IN FULL;

1

2. Plaintiff's motion for default judgment (ECF No. 25) is GRANTED;

3. Judgment is entered in Plaintiff's favor and against Defendant;

4. Plaintiff is awarded $28,500.00 in statutory damages as authorized under 17 U.S.C. § 504(c)(1), and $863.96 for costs, as authorized under 17 U.S.C. § 505, for a total of $29,363.96, to be executed forthwith; and

5. Defendant is ordered to pay post-judgment interest under 28 U.S.C. § 1961 as of the date of the default judgment until the date of its satisfaction.

DATED: January 24, 2022

_____
Troy L. Nunley
United States District Judge