UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, et al.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CASEY POLUCK,☐<br><br>　　　　　　Defendant. | Case No.　2:20-cv-2146 TLN CKD<br><br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant Casey Poluck:


Plaintiff is awarded $28,500.00 in statutory damages as authorized under 17 U.S.C. § 504(c)(1), and $863.96 for costs, as authorized under 17 U.S.C. § 505, for a total of $29,363.96.
Defendant is ordered to pay post-judgment interest under 28 U.S.C. § 1961 as of the date of the default judgment until the date of its satisfaction.


January 25, 2022

KEITH HOLLAND, CLERK

By: /s/ A. Benson , Deputy Clerk